# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY AGUILAR, JR., <br><br> Petitioner, <br><br> v. <br><br> W.L. MONTGOMERY, WARDEN, <br><br> Respondent. | Case No. 1:14-CV-01345-SMS  HC <br><br> ORDER DISMISSING PETITION AND DIRECTING PETITIONER TO SUBMIT A SIGNED PETITION <br><br> (Doc. 1) |

## INITIAL SCREENING ORDER

Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  He filed the petition in the U.S. District Court for the Central District of California on August 19, 2014.  Since the petition advances claims concerning Petitioner's trial in Fresno County (California) Superior Court, the Central District transferred the case to this Court on August 29, 2014.

## DISCUSSION

Rule 4 of the Rules Governing § 2254 Cases requires the Court to conduct a preliminary review of each petition for writ of habeas corpus.  Among other reasons, the petition must "be signed under penalty of perjury by the petitioner or by a person authorized to sign if for the petition under 28 U.S.C. § 2242."  Rule 2(c)(5) of the Rules Governing 2254 Cases.  Because the petition filed in

1

this case is unsigned, the Court must dismiss it, granting Petitioner leave to re-file it after he has signed it in compliance with Rule 2(C)(5).

## CONCLUSION AND ORDER

Accordingly, the Court hereby ORDERS:

1. The petition for writ of habeas corpus is dismissed with leave to amend.

2. The Clerk's Office is directed to send Petitioner a copy of this order and a form for Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody.

3. Within thirty (30) days of service of this order, Plaintiff shall sign the amended petition under penalty of perjury. He may the submit the petition for filing and further screening.

4. If Plaintiff fails to file an amended petition within thirty (30) days from the date of service of this order, this action will be dismissed without further notice for failure to prosecute.

IT IS SO ORDERED.

Dated:  **August 29, 2014**                    **/s/ Sandra M. Snyder**
                                                                    UNITED STATES MAGISTRATE JUDGE